JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SABATINO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASPLUNDH TREE EXPERT CO., a Pennsylvania Corporation doing business in California; JESSE LOPEZ, an individual; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV11-02384 R (JCx)<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

///
///
///
///
///
///
///
///
//

[PROPOSED] ORDER REMANDING ACTION TO STATE COURT

1   For the reasons set forth by the Court at the hearing on September 12, 2011
2   of Defendant Asplundh Tree Expert Co.'s Motion to Dismiss the First Amended
3   Complaint of Plaintiff Anthony Sabatino, the Court finds that it lacks subject
4   matter jurisdiction over this action and remands the action to the Superior Court of
5   California, County of Los Angeles.
6   **IT IS SO ORDERED**.

8   Dated: December 19, 2011

_____
Manuel L. Real
UNITED STATES DISTRICT JUDGE